**TITLE 204. JUDICIAL SYSTEM GENERAL PROVISIONS**
**PART II. GENERAL ADMINISTRATION**
**CHAPTER 29. MISCELLANEOUS PROVISIONS**
**Subchapter K. COSTS, FINES AND FEES**

§ 29.401. Scope.

      The Pennsylvania Supreme Court, pursuant to Art. V, § 10 of the Pennsylvania Constitution, and 42 Pa.C.S. § 1721, has authorized by Administrative Order, the Court Administrator of Pennsylvania to promulgate regulations relating to the accounting methods to be utilized in connection with the collection of fees and costs charged and collected by prothonotaries, and clerks of courts of all courts of common pleas, or by any officials designated to perform the functions thereof, as well as by the minor judiciary, including magisterial district judges, and judges and staff of all divisions of the Philadelphia Municipal Court.

      Under authority of said Administrative Order and pursuant to the authority vested in the governing authority under 42 Pa.C.S. § 3502(a) of the Judicial Code, the following regulations are adopted to implement Act 96 of 2010, 42 Pa.C.S. §§ 1725.1(f) and 3571(c)(4)(as amended).

§ 29.402. 42 Pa.C.S. § 1725.1. Costs.

(a)    Civil cases. - **In calendar year 2021**, the costs to be charged by magisterial district judges in every civil case, except as otherwise provided in this section, shall be as follows:

    (1)    Actions involving $500 or less ........................................................................ $56.00

    (2)    Actions involving more than $500
          but not more than $2,000 ........................................................................ $75.00

    (3)    Actions involving more than $2,000
          but not more than $4,000 ........................................................................ $93.50

    (4)    Actions involving between $4,001
          and $12,000 ........................................................................ $140.00

    (5)    Landlord-tenant actions involving $2,000 or less ............................................. $84.00

    (6)    Landlord-tenant actions involving more than $2,000
          but not more than $4,000 ........................................................................ $102.50

    (7)    Landlord-tenant actions involving more than $4,000
          but not more than $12,000 ........................................................................ $140.00

    (8)    Order of execution ........................................................................ $42.00

    (9)    Objection to levy ........................................................................ $19.00

    (10)    Reinstatement of complaint ........................................................................ $9.50

      (11)    Entering Transcript on Appeal or Certiorari .......................................................$5.00

Said costs shall not include, however, the cost of postage and registered mail which shall be borne by the plaintiff.

(a.1) Custody cases. – **In calendar year 2021**, the cost (in addition to the cost provided by general rule) to be charged by the court of common pleas shall be as follows:

      (1) Custody cases, except as provided in section 1725(c)(2)(v) ...................................$8.50

(b)      Criminal cases. - **In calendar year 2021**, the costs to be charged by the minor judiciary or by the court of common pleas where appropriate in every criminal case, except as otherwise provided in this section, shall be as follows:

      (1)    Summary conviction, except motor vehicle cases .............................................$53.50

      (2)    Summary conviction, motor vehicle cases, other
             than paragraph (3) .......................................................................................$42.00

      (3)    Summary conviction, motor vehicle cases,
             hearing demanded .......................................................................................$51.00

      (4)    Misdemeanor ..............................................................................................$61.00

      (5)    Felony ........................................................................................................$70.00

Such costs shall not include, however, the cost of postage and registered mail which shall be paid by the defendant upon conviction.

(c)      Unclassified costs or charges. - **In calendar year 2021**, the costs to be charged by the minor judiciary in the following instances not readily classifiable shall be as follows:

      (1)    Entering transcript of judgment from another member
             of the minor judiciary ..................................................................................$9.50

      (2)    Marrying each couple, making record thereof, and
             certificate to the parties ...............................................................................$47.00

      (3)    Granting emergency relief pursuant to 23 Pa.C.S. Ch. 61
             (relating to protection from abuse) ................................................................$19.00

      (4)    Issuing a search warrant (except as provided in
             subsection (d)) ...........................................................................................$19.00

      (5)    Any other issuance not otherwise provided in this
             subsection ..................................................................................................$19.00

§ 29.403 42 Pa.C.S. § 3571.
  **In calendar year 2021**, Commonwealth portion of fines, etc.
  \*\*\*

(c)     Costs in magisterial district judge proceedings.

   (2)   Amounts payable to the Commonwealth:

     (i)     Summary conviction, except motor vehicle cases ......................................... $18.80

     (ii)    Summary conviction, motor vehicle cases other than
        subparagraph (iii) ...................................................................................... $18.80

     (iii)   Summary conviction, motor vehicle cases,
        hearing demanded ...................................................................................... $18.80

     (iv)    Misdemeanor .............................................................................................. $24.40

     (v)     Felony ......................................................................................................... $37.30

     (vi)    Assumpsit or trespass involving:
        (A) $500 or less .......................................................................................... $23.30
        (B) More than $500 but not more than $2,000 ............................................. $37.50
        (C) More than $2,000 but not more than $4,000 ......................................... $56.10
        (D) Between $4,001 and $12,000 ................................................................ $93.30

     (vii)   Landlord-tenant proceeding involving:
        (A) $2,000 or less ....................................................................................... $37.30
        (B) More than $2,000 but not more than $4,000 ......................................... $46.60
        (C) More than $4,000 but not more than $12,000 ....................................... $65.35

     (viii)  Objection to levy ........................................................................................... $9.50

     (ix)    Order of execution ...................................................................................... $28.00

     (x)     Issuing a search warrant (except as provided in
        section 1725.1(d)(relating to costs)) ........................................................... $13.30

     (xi)    Order of possession .................................................................................... $15.00

     (xii)   Custody cases (except as provided in
        section 1725(c)(2)(v)) .................................................................................. $6.80